1  Wade M. Hansard, # 76676
   Christopher Lozano, # 177524
2  Constance E. Roberts, # 184803
   McCormick, Barstow, Sheppard
3  Wayte & Carruth LLP
   P.O. Box 28912
4  5 River Park Place East
   Fresno, CA 93720-1501
5  Telephone:   (559) 433-1300
   Facsimile:   (559) 433-2300
6
   Attorneys for Defendant
7  ALLSTATE INSURANCE COMPANY

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
2005 JUL 12 A 8:40
CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| TOM JARRELL,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:98-cv-05260-OWW-DLB<br><br>**STIPULATION TO DISMISS JUDGMENT AND ACTION** |

   Counsel for Plaintiff, TOM L. JARRELL, and counsel for Defendant, ALLSTATE INSURANCE COMPANY, hereby stipulate and agree to dismiss the Judgment and the action in the matter entitled TOM L. JARRELL v. ALLSTATE INSURANCE COMPANY.

///
///
///
///
///
///
///
///

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the judgment and the action in the above-captioned case be and hereby is
3  dismissed with prejudice pursuant to FRCP 41(a)(1).

4  Dated: ~~April~~ May 8, 2005

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By: ___Constance E. Roberts___
Wade M. Hansard
Christopher Lozano
Constance E. Roberts
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

10  Dated: ~~April~~ May 10, 2005

LAW OFFICES OF WAGNER & JONES

By: ___[signature]___
Nicholas J.P. Wagner
Attorneys for Plaintiff
TOM L. JARRELL

16  IT IS SO ORDERED.

7-11-05

___[signature]___
Judge of the District Court

20  03246/01146-811612.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION TO DISMISS JUDGMENT AND ACTION 1:98-CV-05260-OWW-DLB